**Order entered November 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01171-CV

**AMY ROBILIO REED AND AMY ROBILIO REED, PLLC, Appellants**

**V.**

**CENTURION TERMINALS, LLC AND CENTURION PECOS TERMINAL, LLC,**
**Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06689**

## ORDER

Before the Court is appellants' November 8, 2018 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 14, 2018. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/ DAVID EVANS
   JUSTICE